# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WILHELM, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-00863-CFC |
| ) | |
| v. ) | |
| ) | |
| CONFORMIS, INC., KENNETH FALLON III, ) | JURY TRIAL DEMANDED |
| MARK AUGUSTI, CARRIE BIENKOWSKI, ) | |
| GARY P. FISCHETTI, PHILIP W. ) | |
| JOHNSTON, and BRAD LANGDALE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 20, 2023            **LONG LAW, LLC**

By:   */s/ Brian D. Long*
     Brian D. Long (#4347)
     3828 Kennett Pike, Suite 208
     Wilmington, DE 19807
     Telephone: (302) 729-9100
     Email: BDLong@longlawde.com

*Attorneys for Plaintiff*